# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS XULU, | NO. CV 16-5738-PSG (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| M.E. SPEARMAN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 6/28/17

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE